UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER McCAY, P.A.
BRIAN E. CAINE, ESQ.
9000 Midlantic Drive, Suite 300
Marlton, New Jersey 08053
(856) 985-4059
Attorney for Secured Creditor, Lakeview Loan Servicing LLC

Order Filed on July 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Dominic DiGrazio
Linda DiGrazio

Case No. 19-17811-VFP
Chapter 13
Hearing Date: July 18, 2019 @8:30 a.m.

Judge:   Vincent F. Papalia

# ORDER RESOLVING LAKEVIEW LOAN SERVICING LLC'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 29, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**
Debtors:  Dominic DiGrazio and Linda DiGrazio
Case No: 19-17811-VFP
Caption of Order:  Order Resolving Lakeview Loan Servicing LLC's Objection to Confirmation of Debtor's Chapter 13 Plan

---

Upon consideration of Lakeview Loan Servicing LLC's objection to confirmation of plan (at docket number 23), on the basis of the amount of pre-petition arrears to be cured through the plan as listed in the plan versus the amount of arrears provided for in the secured claim on the property knowns as 1 Gregory Lane, East Hanover, NJ 07936; and the parties having settled their differences and agree to the form, content and entry of the within order; and for good cause appearing therefore, it is hereby;

**ORDERED** as follows:

1.   Debtor acknowledges Lakeview Loan Servicing LLC's proof of claim #11 indicating pre-petition arrears of $3,794.61.

2.   Debtor does not wish to provide for payment of said arrears through the plan, and wishes for Lakeview Loan Servicing LLC's claim to be unaffected.

3.   Debtor does not wish to have any direct payments to Lakeview Loan Servicing LLC treated differently with respect to either pre-petition application versus post-petition application of those payments.

4.   Lakeview Loan Servicing LLC may apply *contractually* any payments received by the debtor, and make no distinction between pre-petition payments versus post-petition payments, and any such application of payments (with no pre-petition or post-petition distinction) made post-petition applied towards pre-petition obligations shall not be construed as a violation of the automatic stay.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-17811-VFP
Dominic DiGrazio                                                      Chapter 13
Linda DiGrazio
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jul 30, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2019.
db/jdb         Dominic DiGrazio,    Linda DiGrazio,    1 Gregory Lane,    East Hanover, NJ   07936-1609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2019 at the address(es) listed below:
              Brian E Caine    on behalf of Creditor    Lakeview Loan Servicing LLC bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Jessica M. Minneci    on behalf of Joint Debtor Linda  DiGrazio jminneci@middlebrooksshapiro.com
              Jessica M. Minneci    on behalf of Debtor Dominic  DiGrazio jminneci@middlebrooksshapiro.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital as
               servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melinda D. Middlebrooks    on behalf of Debtor Dominic  DiGrazio
               middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
              Melinda D. Middlebrooks    on behalf of Joint Debtor Linda  DiGrazio
               middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9