UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

  DOMINIC AND LINDA DIGRAZIO,

  Chapter 13 Debtors.

| | |
|---|---|
| Case No.: | 19-17811-VFP |
| Chapter: | 13 |
| Judge: | Papalia |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____ Dominic DiGrazio _____, debtor in this case certify as follows:

1.  All payments required to be made by me under my plan have been made and are paid in full.

2.  ☒  I am not required to pay domestic support obligations, or

    ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 4/17/2022 _____          /s/Dominic DiGrazio _____
                                          Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**

- **A discharge will not be issued for a debtor who does not submit a <u>completed</u> Certification in Support of Discharge.**

*rev.6/16/17*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

  DOMINIC AND LINDA DIGRAZIO,

  Chapter 13 Debtors.

Case No.: _____ 19-17811-VFP _____

Chapter: _____ 13 _____

Judge: _____ Papalia _____

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____ Linda DiGrazio _____, debtor in this case certify as follows:

1.  All payments required to be made by me under my plan have been made and are paid in full.

2.  ☒  I am not required to pay domestic support obligations, or

    ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 4/17/2022 _____

/s/Linda DiGrazio _____
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be issued for a debtor who does not submit a <u>completed</u> Certification in Support of Discharge.**

*rev.6/16/17*