| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Dominic DiGrazio <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5272 <br> EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Linda DiGrazio <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1955 <br> EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number:   19–17811–VFP | | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Dominic DiGrazio                                Linda DiGrazio

<u>6/10/22</u>                                **By the court:** <u>Vincent F. Papalia</u>
                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                        **Chapter 13 Discharge**                        page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-17811-VFP
Dominic DiGrazio                                                                Chapter 13
Linda DiGrazio
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                    Page 1 of 5
Date Rcvd: Jun 10, 2022           Form ID: 3180W           Total Noticed: 64

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Dominic DiGrazio, Linda DiGrazio, 1 Gregory Lane, East Hanover, NJ 07936-1609 |
| 518188851 | | Chrysler Capital-Lease, P.O. Box 660647, Dallas, TX 75266-0647 |
| 518188858 | | Goodyear Credit Card Payments, P.O. Box 9001006, Louisville, KY 40290-1006 |
| 518297868 | | Lakeview Loan Servicing, c/o M&T Bank, Attn: Payment Processing, P.O. Box 1288, Buffalo, NY 1424 |
| 518188864 | | Macy's Payments, PO Box 9001094, Louisville, KY 40290-1094 |
| 518188867 | | State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 518188868 | | Sunoco, Inc., PO Box 78056, Phoenix, AZ 85062-8056 |
| 518188879 | | Teacher's Federal Credit Union, PO Box 9005, Smithtown, NY 11787-9005 |
| 518249797 | + | Teachers Federal Credit Union, 102 Motor Parkway, Hauppauge, NY 11788-5109 |
| 518188883 | | Wawa Credit Card, PO Box 6139, Sioux Falls, SD 57117-6139 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 10 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 10 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 10 2022 20:39:00 | Santander Consumer USA Inc. dba Chrvsler Capital a, PO Box 961278, Ft. Worth, TX 76161-0278 |
| cr | + | Email/PDF: bncnotices@becket-lee.com | Jun 10 2022 20:40:58 | Toyota Motor Credit Corporation, Attn Becket & Lee, LLP, PO Box 3001 Dept., Malvern, PA 19355-0701 |
| 518188849 | | EDI: CITICORP.COM | Jun 11 2022 00:28:00 | Best Buy Credit Services, PO Bix 9001007, Louisville, KY 40290-1007 |
| 518210337 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 10 2022 20:39:00 | CCAP Auto Lease LTD, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 518316291 | | EDI: CRFRSTNA.COM | Jun 11 2022 00:28:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 518188850 | | EDI: CAPITALONE.COM | Jun 11 2022 00:28:00 | Capital One, P.O. Box 6492, Carol Stream, IL 60197-6492 |
| 518247898 | + | EDI: AIS.COM | Jun 11 2022 00:28:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518301585 | | Email/PDF: bncnotices@becket-lee.com | Jun 10 2022 20:40:48 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518188852 | | EDI: CITICORP.COM | Jun 11 2022 00:28:00 | Citi Cards, PO Box 70166, Philadelphia, PA |

| District/off: 0312-2 | | User: admin | | Page 2 of 5 |
|---|---|---|---|---|
| Date Rcvd: Jun 10, 2022 | | Form ID: 3180W | | Total Noticed: 64 |

| | | | | |
|---|---|---|---|---|
| | | | | 19176-0166 |
| 518321934 | + EDI: CITICORP.COM | Jun 11 2022 00:28:00 | | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518188853 | EDI: WFNNB.COM | Jun 11 2022 00:28:00 | | Comenity Bank/Victoria's Secret, PO Box 182273, Columbus, OH 43218-2273 |
| 518188854 | EDI: CRFRSTNA.COM | Jun 11 2022 00:28:00 | | Credit First N.A./Firestone, PO Box 81344, Cleveland, OH 44188-0344 |
| 518188855 | Email/PDF: creditonebknotifications@resurgent.com | Jun 10 2022 20:40:37 | | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 518188856 | EDI: CITICORP.COM | Jun 11 2022 00:28:00 | | ExxonMobil, P.O. Box 78072, Phoenix, AZ 85062-8072 |
| 518188857 | + EDI: PHINGENESIS | Jun 11 2022 00:28:00 | | Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 518188859 | EDI: CITICORP.COM | Jun 11 2022 00:28:00 | | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 518188860 | EDI: IRS.COM | Jun 11 2022 00:28:00 | | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518188861 | Email/Text: PBNCNotifications@peritusservices.com | Jun 10 2022 20:37:00 | | Kohl's Payment Center, PO Box 2983, Milwaukee, WI 53201-2983 |
| 518311660 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 10 2022 20:40:40 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518188862 | EDI: RMSC.COM | Jun 11 2022 00:28:00 | | Lowe's/ SYNCB, PO Box 530914, Atlanta, GA 30353-0914 |
| 518188863 | Email/Text: camanagement@mtb.com | Jun 10 2022 20:38:00 | | M&T Bank, P.O. Box 1288, Buffalo, NY 14240 |
| 518242129 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 10 2022 20:40:50 | | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518188865 | Email/Text: Mercury@ebn.phinsolutions.com | Jun 10 2022 20:38:00 | | Mercury, Card Servoces, PO Box 84064, Columbus, GA 31908-4064 |
| 518188866 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 10 2022 20:40:45 | | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 518315958 | EDI: PRA.COM | Jun 11 2022 00:28:00 | | Portfolio Recovery Associates, LLC, C/O synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518711668 | EDI: PRA.COM | Jun 11 2022 00:28:00 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518711669 | EDI: PRA.COM | Jun 11 2022 00:28:00 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518315956 | EDI: PRA.COM | Jun 11 2022 00:28:00 | | Portfolio Recovery Associates, LLC, c/o Amazon.com Store Card, POB 41067, Norfolk VA 23541 |
| 518313362 | EDI: PRA.COM | Jun 11 2022 00:28:00 | | Portfolio Recovery Associates, LLC, c/o Dicks Sporting Goods, POB 41067, Norfolk VA 23541 |
| 518313332 | EDI: PRA.COM | Jun 11 2022 00:28:00 | | Portfolio Recovery Associates, LLC, c/o Lowe's, POB 41067, Norfolk VA 23541 |
| 518320131 | EDI: PRA.COM | Jun 11 2022 00:28:00 | | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 518311651 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 10 2022 20:40:40 | | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 518281670 | EDI: Q3G.COM | Jun 11 2022 00:28:00 | | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |

Case 19-17811-VFP    Doc 56    Filed 06/12/22    Entered 06/13/22 00:17:16    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jun 10, 2022 | Form ID: 3180W | Total Noticed: 64 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518188869 | | EDI: RMSC.COM | Jun 11 2022 00:28:00 | Synchorny Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 518315898 | + | EDI: RMSC.COM | Jun 11 2022 00:28:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518188870 | | EDI: RMSC.COM | Jun 11 2022 00:28:00 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 518190622 | + | EDI: RMSC.COM | Jun 11 2022 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518188871 | | EDI: RMSC.COM | Jun 11 2022 00:28:00 | Synchrony Bank/Care Credit, PO Box 960061, Orlando, FL 32896-0061 |
| 518188872 | | EDI: RMSC.COM | Jun 11 2022 00:28:00 | Synchrony Bank/JCP, PO Box 960061, Orlando, FL 32896-0061 |
| 518188873 | | EDI: RMSC.COM | Jun 11 2022 00:28:00 | Synchrony Bank/Lenscrafters, PO Box 960061, Orlando, FL 32896-0061 |
| 518188874 | | EDI: RMSC.COM | Jun 11 2022 00:28:00 | Synchrony Bank/Mavis, PO Box 960061, Orlando, FL 32896-0061 |
| 518188875 | | EDI: RMSC.COM | Jun 11 2022 00:28:00 | Synchrony Bank/Old Navy, PO Box 960061, Orlando, FL 32896-0061 |
| 518188876 | | EDI: RMSC.COM | Jun 11 2022 00:28:00 | Synchrony Bank/PCRI, PO Box 960061, Orlando, FL 32896-0061 |
| 518188877 | | EDI: RMSC.COM | Jun 11 2022 00:28:00 | Synchrony Bank/SR, PO Box 530916, Atlanta, GA 30353-0916 |
| 518205426 | + | EDI: AIS.COM | Jun 11 2022 00:28:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518252231 | + | Email/Text: bncmail@w-legal.com | Jun 10 2022 20:38:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518188880 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 10 2022 20:38:00 | Toyota Financial Services, 4 Gatehall Dr #350, Parsippany, NJ 07054 |
| 518188878 | | EDI: WTRRNBANK.COM | Jun 11 2022 00:28:00 | Target Card Services, P.O. Box 660170, Dallas, TX 75266-0170 |
| 518294297 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 10 2022 20:38:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518744618 | | Email/PDF: bncnotices@becket-lee.com | Jun 10 2022 20:40:41 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518188881 | | EDI: USBANKARS.COM | Jun 11 2022 00:28:00 | U.S. Bank, P.O. Box 790179, Saint Louis, MO 63179-0179 |
| 518188882 | | EDI: RMSC.COM | Jun 11 2022 00:28:00 | Walmart/Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 54

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518301586 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518318327 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, C/O Synchrony Bank, POB 41067, Norfolk VA 23541 |

| | | |
|---|---|---|
| 518711704 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518711754 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518711761 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518711798 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518711806 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518711705 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518711755 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518711762 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518711799 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518711807 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518320132 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Amazon.com Store Card, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 12, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian E Caine | on behalf of Creditor Lakeview Loan Servicing LLC bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Jessica M. Minneci | on behalf of Joint Debtor Linda DiGrazio jminneci@middlebrooksshapiro.com |
| Jessica M. Minneci | on behalf of Debtor Dominic DiGrazio jminneci@middlebrooksshapiro.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melinda D. Middlebrooks | on behalf of Debtor Dominic DiGrazio middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |
| Melinda D. Middlebrooks | on behalf of Joint Debtor Linda DiGrazio middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |

District/off: 0312-2 | User: admin | Page 5 of 5
Date Rcvd: Jun 10, 2022 | Form ID: 3180W | Total Noticed: 64

Rebecca Ann Solarz
    on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9