Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 19−17811−VFP
> Chapter: 13
> Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Dominic DiGrazio | Linda DiGrazio |
| 1 Gregory Lane | 1 Gregory Lane |
| East Hanover, NJ 07936−1609 | East Hanover, NJ 07936−1609 |

Social Security No.:
  xxx−xx−5272                                                    xxx−xx−1955

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: July 14, 2022            Vincent F. Papalia
                                Judge, United States Bankruptcy Court